IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARCUS WAYNE FUGATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-04014-SRB |
| ) | |
| CHESTER BROSS CONSTRUCTION CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff Marcus Wayne Fugate's pro se motion construed as a motion for reconsideration. (Doc. #27). For the reasons explained below, Plaintiff's motion is denied.

On May 12, 2015, the Court denied Defendant's Motion to Dismiss and instructed Plaintiff to file an amended complaint alleging sufficient facts to support his claim for discrimination. Plaintiff was advised that failure to comply with the Court's Order would result in a dismissal of his action. Plaintiff failed to amend his complaint within thirty days as instructed by the Court. On June 23, 2015, the Court ordered Plaintiff to show cause why the case should not be dismissed for Plaintiff's failure to file an amended complaint as ordered by the Court. Plaintiff was cautioned that, "[f]ailure to comply with the Court's Order will result in a dismissal of this action." (Doc. #21). The Court supplied Plaintiff with a hard copy of each order at the address provided to the Court by Plaintiff. Plaintiff failed to respond and this action was dismissed on July 8, 2015, pursuant to Fed. R. Civ. P. 41(b), for Plaintiff's failure to comply with the Court's May 12, 2015, Order.

Now pending before the Court is Plaintiff's letter requesting the Court reconsider its dismissal of this action and reopen the case. On November 16, 2015, the Court ordered Plaintiff

to provide the Court with proof that he timely submitted his Amended Complaint pursuant to the Court's orders. Plaintiff's response was due by November 23, 2015. To date, the Court has not received any response or documentation from Plaintiff that he submitted his Amended Complaint "[o]n or about the beginning of June or end of May 2015." (Doc. #27).

Accordingly, to the extent that Plaintiff's letter (Doc. #25) to the Court can be construed as a request for reconsideration, said motion is hereby **DENIED**.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2015